**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>            **Plaintiff,** )<br>  )<br>      vs. )<br>  )<br>**BERNITA ANDERSON,** )<br>  )<br>            **Defendant.** ) | **8:09CR176**<br><br>**ORDER** |

Defendant Bernita Anderson appeared before the court on Monday, February 6, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [38]. The defendant was represented by Sean M. Conway, and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. Through her counsel, the defendant waived her right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1.     A final dispositional hearing will be held before Judge Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 17, 2012 at 2:30 p.m.** Defendant must be present in person.

2     The defendant is released on current conditions of supervision, and shall provide her current address to the supervising probation officer.

DATED this 6th day of February, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge