IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BERNITA ANDERSON-ALOUKPALI,<br><br>            Defendant. | 8:09CR176<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against DART, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against DART is released.

DATED this 8th day of December, 2014.

BY THE COURT:

s/Joseph F. Bataillon
_____
JOSEPH F. BATAILLON
SENIOR U. S. DISTRICT JUDGE